# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00706-CV

**Kevin Jerome Rollins-El, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 215,278-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have informed this Court that, after the notice of appeal was filed, the trial court granted a trial de novo in this cause. The trial court then signed a second judgment from which appellant has appealed. The parties jointly move for dismissal of this appeal.

We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Joint Motion

Filed: March 16, 2007